IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:10CR414 |
| vs. | |
| JOSHUA Z. DORTCH, | ORDER |
| Defendant. | |

Before the court is the Request for Transcript by a nonparty, Filing No. 27. After considering the matter,

IT IS ORDERED:

1. The Request for Transcript (Filing No. 27) is granted, as outlined below.

2. The nonparty petitioner must contact court reporter Sue DeVetter at (402) 661-7309 to make arrangements for the preparation and payment of the transcript.

3. The Clerk's Office is ordered to mail a copy of this order to the nonparty's address pursuant to Filing No. 27.

Dated this 29th day of October, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge