IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>JOSHUA Z. DORTCH,<br><br>              Defendant. | 8:10CR414<br><br>ORDER TO STRIKE |

IT IS ORDERED that Plaintiff's Motion to Strike (Filing 67) Filing No. 66 is hereby granted.

IT IS ORDERED that the Clerk of the District Court's office shall strike Filing No. 66.

DATED this 26th day of July, 2017.

BY THE COURT:

*Susan M Bazis*
_____
SUSAN M. BAZIS
United States Magistrate Judge