# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSHUA Z. DORTCH,<br><br>　　　　　　　　Defendant. | 8:10CR414<br><br>**ORDER** |

　　　Defendant Joshua Z. Dortch appeared before the court on July 27, 2017 on a Petition for Warrant or Summons for Offender Under Supervision [55]. The defendant was represented by Assistant Federal Public Defender Julie B. Hansen, and the United States was represented by Assistant U.S. Attorney Susan T. Lehr. The government did not request detention, therefore, the defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

　　　I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

　　　**IT IS ORDERED:**

　　　1.　A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on August 23, 2017 at 2:00 p.m. Defendant must be present in person.

　　　2.　The defendant is released on current conditions of supervision and the Order Setting Conditions of Release [72].

　　　Dated this 27th day of July, 2017.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge