IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:10-CR-414 |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT |
| JOSHUA Z. DORTCH, | |
| Defendant. | |

For the reasons stated in the accompanying Memorandum and Order, the defendant's motions to vacate under 28 U.S.C. § 2255 (filing 82 and filing 83) are denied.

Dated this 18th day of April, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge