IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:10CR414 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| JOSHUA Z. DORTCH, | |
| Defendants. | |

Defendant has moved for appointment of new counsel because Defendant is not satisfied with counsel's representation. (Filing No.101). Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Defendant's motion to appoint new counsel, (Filing No. 101), is granted. Chad J. Wythers is hereby withdrawn as counsel, and he shall promptly notify Defendant of the entry of this order.

2) The clerk shall delete Chad J. Wythers from any future ECF notifications herein.

3) Jerry Hug is hereby appointed to represent Defendant. The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing Mr. Hug's and other identifying information in accordance with the Criminal Justice Act Plan for this district.

4) The clerk shall forward this memorandum and order to the Federal Public Defender.

5) The newly appointed counsel shall promptly file an entry of appearance on behalf of Defendant.

July 19, 2018.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge