## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

JOSHUA Z. DORTCH,

                Defendant.

**8:10CR414**

**ORDER**

IT IS ORDERED that:

1.     The defendant's unopposed Motion to Continue Violation Hearing (filing 107) is granted.

2.     Defendant Joshua Z. Dortch's violation of supervised release hearing is continued to January 11, 2019, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 10th day of October, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge