IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:10CR414 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA Z. DORTCH, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue (filing 115) is granted.

2. Defendant Joshua Z. Dortch's violation of supervised release hearing is continued to January 3, 2020, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 10th day of October, 2019.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge